[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-15182
Non-Argument Calendar

_____

D.C. Docket No. 1:15-cr-00165-ODE-LTW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE MATURANO-MARIN,
a.k.a. Jorge Maturano,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(November 26, 2018)

Before WILSON, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

John Lovell, appointed counsel for Jorge Maturano-Marin in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marin's conviction and sentence are **AFFIRMED**.